IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| | § | CASE NO. 1:08-CR-00142-RC |
| v. | § | |
| | § | |
| | § | |
| CURTIS WAYNE ADAMS | § | |
| | § | |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S
AMENDED REPORT AND RECOMMENDATION**

The court referred a petition alleging violations of supervised release conditions to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The court has received and considered the Amended Report of the United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence.

At the close of the revocation hearing, U.S. Magistrate Judge Zack Hawthorn recommended:

1. that the court find that the Defendant violated the first allegation in the petition that he failed to follow a mandatory condition of release;

2. that the Defendant's supervised release should be revoked pursuant to 18 U.S.C. § 3583; and

3. the Defendant should be sentenced to a term of 15 months' imprisonment, which shall include 179 days' unserved community confinement, with no supervised release to follow. This sentence shall run consecutively to the Defendant's sentence in *State of Texas v. Curtis Adams*, Cause No. 23326, Hardin County, Texas, as well as his sentence in *United States v. Curtis Adams*, Cause No. 1:18-CR-56. His term of imprisonment should be served at the Federal Correctional Institute in Three Rivers, Texas, if the Bureau of Prisons can accommodate such request.

At the close of the revocation hearing, the Defendant, defense counsel and counsel for the Government each signed a standard form waiving their right to object to the proposed findings and recommendations contained in the magistrate judge's report, consenting to revocation of supervised release and imposition of the sentence recommended. The Defendant also waived his right to be present with counsel and to speak at sentencing before the court imposes the recommended sentence.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the Amended Report of the magistrate judge is **ADOPTED**. It is therefore

**ORDERED** and **ADJUDGED** that the petition is **GRANTED** and the Defendant's supervised release is **REVOKED**. It is further

**ORDERED** that the prior Order adopting the magistrate's original report and recommendation (Doc No. 74) is **VACATED**.

Judgment and commitment will be entered separately, in accordance with the magistrate judge's recommendations.

**So Ordered and Signed**
Jun 17, 2019

_____
Ron Clark, Senior District Judge